UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANAIN AYALA TORRES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN BIRKHOLZ,<br><br>　　　　Respondent. | No. 2:23-cv-10868-MRA-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint/Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections were filed to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Petition is denied.
3. Judgment shall be entered dismissing this action with prejudice.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: August 7, 2024

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2